Matt Valenti, Esq., (State Bar No. 253978)
VALENTI LAW APC
Mail: PO Box 712533
San Diego, CA 92171-2533
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff
RAUL URIARTE-LIMON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL URIARTE-LIMON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PHILIP MAUST, an individual, dba MAUST'S CALIFORNIA POULTRY and FAIRGROW PULLETS; and DOES 1-10, <br><br> Defendants. | Case No.: 20-cv-07013-ODW(ASx) <br><br> JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Motion for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Alternately, the Parties request the Court grant Defendant an additional 30 days to file a responsive pleading, or grant Plaintiff an additional 30 days to file for default.

Respectfully submitted,

DATED: October 6, 2020          VALENTI LAW APC

                                By: */s/ Matt Valenti*
                                Matt Valenti, Esq.
                                Attorney for Plaintiff


DATED: October 6, 2020          THE LAW OFFICES OF STEPHEN R. WADE P.C

                                By: */s/ Stephen R. Wade*
                                Stephen R. Wade, Esq.
                                Attorney for Defendant

- 2 -
JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES

**Signature Certification**

I hereby certify that the content of this document is acceptable to Stephen R. Wade, counsel for Defendant Philip Maust, and that I have obtained Mr. Wade's authorization to affix his electronic signature to this document.

DATED: October 6, 2020            VALENTI LAW APC

By: */s/ Matt Valenti*
Matt Valenti, Esq.
Attorney for Plaintiff