Matt Valenti, Esq., (State Bar No. 253978)
VALENTI LAW APC
Mail: PO Box 712533
San Diego, CA 92171-2533
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff
RAUL URIARTE-LIMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PHILIP MAUST, an individual, dba MAUST'S CALIFORNIA POULTRY and FAIRGROW PULLETS; and DOES 1-10, <br><br> Defendants. | Case No.: 20-cv-07013-ODW(ASx) <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(i) |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action with prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED: November 16, 2020              VALENTI LAW APC

                                      By: */s/ Matt Valenti*
                                      Matt Valenti, Esq.
                                      Attorney for Plaintiff